# CASOS RESUELTOS FUNDANDOSE EN
## OPINIONES QUE NO SE PUBLICAN EN EXTENSO

ALLENDE, apelado, *v.* HIGUERA & BESOSA, apelantes.

Corte de Distrito de San Juan, Distrito Primero.

No. 3477.—*Visto:* Abril 28, 1925. *Resuelto:* Junio 25, 1925.

Se apela de una sentencia que condenó a la parte demandada a pagar a la demandante la suma reclamada en la demanda.

Este es un caso sobre cobro de dinero y se deriva de un contrato que celebró el demandante con la sociedad demandada para el empañetado con mezcla de arena, cal y cemento de unos salones de la *high school* y otros trabajos adicionales.

El único error que señala la parte apelante es el cometido a su juicio por la corte al apreciar la prueba.

Después de un estudio cuidadoso de la evidencia aportada por ambas partes, opinamos que debe confirmarse la sentencia recurrida.

Aunque la prueba fuera en absoluto contradictoria, es lo cierto que el juez de distrito dirimió el conflicto en contra de los demandados apelantes y no habiendo éstos demostrado que actuara el juez movido por pasión, prejuicio o parcialidad, o que cometiera error manifiesto, *debe confirmarse* la sentencia.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.